CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 26 2006

JOHN F. CORCORAN, \CLERK
BY: HMcDonalo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KAREN WHITLOW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 4:05cv00054 |
| | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | By: **Jackson L. Kiser** |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

On October 21, 2005, this Court entered an order referring this case to the

Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact

and recommended disposition. Magistrate Judge Crigler filed his Report and

Recommendation on June 5, 2006. After reviewing the Record in this case and no objections

having been filed to Magistrate Judge Crigler's Report and Recommendation within ten (10)

days of its service upon the parties, this Court adopts Magistrate Judge Crigler's Report in its

entirety. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Crigler, filed June 5,

2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's Report, the Commissioner's

final decision is **AFFIRMED**, judgment is **GRANTED** to the Commissioner, and this action

is **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 26th day of June, 2006.

Senior United States District Judge

Case 4:05-cv-00054-JLK-BWC   Document 18   Filed 06/26/06   Page 2 of 2   Pageid#: 86